No. 1046. NORFOLK SOUTHERN BUS CORP. v. NATIONAL LABOR RELATIONS BOARD. March 31, 1947. Pe-

tition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *S. Burnell Bragg* and *Jas. G. Martin* for petitioner. *Acting Solicitor General Washington, Gerhard P. Van Arkel, Morris P. Glushien* and *Ruth Weyand* for respondent.